1  Marc A. Lieberman, Esq. (Bar No. 157318)
2  Alan W. Forsley, Esq. (Bar No. 180958)
   **FREDMAN LIEBERMAN PEARL LLP**
3  1875 Century Park East, Suite 2230
   Los Angeles, California 90067
4  Telephone:   (310) 284-7350
   Facsimile:   (310) 432-5999
5
6  Attorneys for Plaintiff

7                  UNITED STATES BANKRUPTCY COURT

8              FOR THE CENTRAL DISTRICT OF CALIFORNIA

9                         LOS ANGELES DIVISION

10 In re                            ) Case No. 2:15-bk-16495-RK
11                                  )
   WOORI SHIPPING,                  ) Chapter 7
12                                  )
                           Debtor.) Adv. Proc. No. 2:15-ap-01540-RK
13 _____  )
                                    ) **PROOF OF SERVICE OF:**
14 SAM S. LESLIE, Chapter 7 Trustee, )   **(1) COMPLAINT FOR: AVOIDANCE**
15                                  )        **AND RECOVERY OF FRAUDULENT**
                         Plaintiff, )        **TRANSFERS;**
16                                  )   **(2) SUMMONS AND NOTICE OF STATUS**
              v.                    )        **CONFERENCE IN ADVERSARY**
17                                  )        **PROCEEDING INCLUDING COURT**
                                    )        **INSTRUCTIONS; AND**
18 JIN KYU LIM,                     )   **(3) ORDER SETTING INITIAL STATUS**
                                    )        **CONFERENCE IN ADVERSARY**
19                       Defendant..)        **PROCEEDING**
                                    )
20                                  )
                                    ) Status Conference:
21                                  ) Date:    December 8, 2015
22                                  ) Time:    1:30 p.m.
                                    ) Place:   Courtroom 1675
23                                  )
                                    )
24                                  )
                                    )
25                                  )
26 _____

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
FREDMAN LIEBERMAN PEARL LLP 1875 Century Park East, Suite 2230, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*):

1. COMPLAINT FOR: (1)FRAUDULENT TRANSFERS PURSUANT TO 11 U.S.C. §§544(B) & 550, AND CALIFORNIA CIVIL CODE §§3439.04(A)(1) & 3439.09; (2) FRAUDULENT TRANSFERS PURSUANT TO 11 U.S.C. §§544(B) & 550 AND CALIFORNIA CIVIL CODE §§3439.04(A)(2) & 3439.05; (3) FOR DECLARATORY RELIEF; AND (4) FOR TURNOVER AND ACCOUNTING OF PROPERTY OF THE ESTATE;

2. SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING INCLUDING COURT INSTRUCTIONS; and

3. ORDER SETTING INITIAL STATUS CONFERENCE IN ADVERSARY PROCEEDING

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**II. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 9, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Defendant:
Jin Kyu Lim
1660 W. 139th St.
Gardena, CA 90249

Chambers of The Honorable
Robert Kwan
United States Bankruptcy Court
255 E. Temple St., Ste. 1682
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 9, 2015 | ADELAIDA FLORES | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |